IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CR3101 |
| | ) | |
| V. | ) | |
| | ) | |
| TROY A. NEHLS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After consultation with the Probation Officer,

IT IS ORDERED that the United States Attorney for the District of Nebraska shall obtain the presence of the defendant and present him for an initial appearance before me as soon as reasonably possible. The Federal Public Defender for the District of Nebraska is hereby appointed to represent the defendant on the petition for offender under supervision (filing 67). Counsel should schedule the initial appearance with Kris Leininger.

DATED this 16th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge