IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CR3101 |
| | ) | |
| V. | ) | |
| | ) | |
| TROY A. NEHLS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's initial appearance on the petition for offender under supervision (filing 67) is set on Wednesday, June 24, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1.

DATED this 16th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge